FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NALO LEAL,<br><br>              Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY and GARRET SPENCER,<br><br>              Defendants. | No.   2:21-cv-00139-SMJ<br><br>**ORDER DISMISSING CASE** |

   On September 14, 2021, the parties filed a stipulated dismissal, ECF No. 10. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

   **1.**   The parties' Proposed Order of Dismissal with Prejudice and Without Costs to Any Party, **ECF No. 10**, is **GRANTED**.

   **2.**   All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

   **3.**   All pending motions are **DENIED AS MOOT**.

   **4.**   All hearings and other deadlines are **STRICKEN**.

//

//

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of September 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2